JULIA MEZHINSKY JAYNE (State Bar No. 202753)
E-Mail: jjayne@campbelljayne.com
CAMPBELL & JAYNE LLP
350 Sansome Street, Suite 650
San Francisco, California 94104
Telephone:   (415) 623-3600
Facsimile:   (415) 623-3605

Attorneys for Defendant
JOHN THEOPHILOU

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. CR 08-0338 DLJ |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO WAIVE DEFENDANT'S APPEARANCE AT NEXT HEARING** |
| v. | |
| JOHN THEOPHILOU, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto and their respective undersigned counsel, and with the consent of Defendant John Theophilou, that at the status conference scheduled for September 19, 2008 at 9:00 a.m. Mr. Theophilou's appearance may be waived. This request is being made at the request of Defendant John Theophilou, who currently resides in Texas.

DATED: September 2, 2008                Campbell & Jayne LLP


                                        By:  _/s/ Julia Mezhinsky Jayne_
                                             JULIA MEZHINSKY JAYNE
                                             Attorneys for Defendant
                                             JOHN THEOPHILOU

Case No. CR-08-0338 DLJ
STIPULATION AND ORDER TO WAIVE DEFENDANT'S APPEARANCE

| | | |
|---|---|---|
| 1 | DATED: September 2, 2008 | UNITED STATES ATTORNEY'S OFFICE |

By: _/s/ Stephen Corrigan_
STEPHEN CORRIGAN
Attorneys for Plaintiff
UNITED STATES OF AMERICA

**ORDER**

**IT IS SO ORDERED.**

DATED:   September 3, 2008

_(signature)_

D. LOWELL JENSEN
UNITED STATES DISTRICT COURT JUDGE