JULIA MEZHINSKY JAYNE (State Bar No. 202753)
E-Mail:     jjayne@campbelljayne.com
CAMPBELL & JAYNE LLP
350 Sansome Street, Suite 650
San Francisco, California 94104
Telephone:   (415) 623-3600
Facsimile:   (415) 623-3605

Attorneys for Defendant
JOHN THEOPHILOU

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN THEOPHILOU, et al.,<br><br>Defendants. | CASE NO. CR 08-0338 DLJ<br><br>STIPULATION AND [PROPOSED] ORDER TO WAIVE DEFENDANT'S APPEARANCE AT NEXT HEARING |

IT IS HEREBY STIPULATED by and between the parties hereto and their respective undersigned counsel, and with the consent of Defendant John Theophilou, that at the hearing scheduled for October 3, 2008 at 11:00 a.m. Mr. Theophilou's appearance may be waived. This request is being made at the request of Defendant John Theophilou, who currently resides in Texas.

DATED: September 29, 2008         Campbell & Jayne LLP


                                  By:   */s/ Julia Mezhinsky Jayne*
                                        JULIA MEZHINSKY JAYNE
                                        Attorneys for Defendant
                                        JOHN THEOPHILOU

Case No. CR-08-0338 DLJ
STIPULATION AND ORDER TO WAIVE DEFENDANT'S APPEARANCE

DATED: September 29, 2008

UNITED STATES ATTORNEY'S OFFICE

By: _____/s/ Stephen Corrigan_____
STEPHEN CORRIGAN
Attorneys for Plaintiff
UNITED STATES OF AMERICA

**ORDER**

**IT IS SO ORDERED.**

DATED: September 30, 2008

_____
D. LOWELL JENSEN
UNITED STATES DISTRICT COURT JUDGE

LAW OFFICES
CAMPBELL & JAYNE LLP
350 SANSOME STREET, SUITE 650
SAN FRANCISCO, CALIFORNIA 94104

2
Case No. CR-08-0338 DLJ
STIPULATION AND ORDER TO WAIVE DEFENDANT'S APPEARANCE