JULIA MEZHINSKY JAYNE (State Bar No. 202753)
E-Mail:    jjayne@campbelljayne.com
CAMPBELL & JAYNE LLP
350 Sansome Street, Suite 650
San Francisco, California 94104
Telephone:   (415) 623-3600
Facsimile:   (415) 623-3605

Attorneys for Defendant
JOHN THEOPHILOU

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>JOHN THEOPHILOU, et al.,<br><br>    Defendants. | CASE NO. CR 08-0338 DLJ<br><br>**STIPULATION AND ORDER TO WAIVE DEFENDANT'S APPEARANCE AT NEXT HEARING** |

IT IS HEREBY STIPULATED by and between the parties hereto and their respective undersigned counsel, and with the consent of Defendant John Theophilou, that at the hearing scheduled for November 7, 2008 at 9:00 a.m. Mr. Theophilou's appearance may be waived. The purpose of the hearing will be to set a trial date. This request is being made at the request of Defendant John Theophilou, who currently resides in Texas.

DATED: October 30, 2008              Campbell & Jayne LLP


                                      By:   */s/ Julia Mezhinsky Jayne*
                                            JULIA MEZHINSKY JAYNE
                                      Attorneys for Defendant
                                      JOHN THEOPHILOU

Case No. CR-08-0338 DLJ
STIPULATION AND ORDER TO WAIVE DEFENDANT'S APPEARANCE

DATED: October 30, 2008           UNITED STATES ATTORNEY'S OFFICE


By:   */s/ Stephen Corrigan*
     STEPHEN CORRIGAN
Attorneys for Plaintiff
UNITED STATES OF AMERICA


**ORDER**

**IT IS SO ORDERED.**


DATED: November 5, 2008

D. LOWELL JENSEN
UNITED STATES DISTRICT COURT JUDGE

LAW OFFICES
CAMPBELL & JAYNE LLP
350 SANSOME STREET, SUITE 650
SAN FRANCISCO, CALIFORNIA 94104