```
FRANK BELL, SBN 038955
A Law Corporation
333 Bradford Street, Suite 270
Redwood City, CA 94063
Facsimile: (650) 366-8987

Attorney For Defendant
JOHN THEOPHILOU, JR.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 08-0338 DLJ |
| Plaintiff, | |
| v. | **STIPULATION AND ~~PROPOSED~~ ORDER EXCUSING APPEARANCE OF DEFENDANT** |
| JOHN THEOPHILOU, JR. | |
| Defendant. _____/ | |

    Comes now defendant, JOHN THEOPHILOU, JR., by and through his counsel of record, and Stephen G. Corrigan, Asst. U.S. Attorney, attorney for the government and files this stipulation regarding excusing the appearance of defendant, who resides in the State of Texas, at the status conference on Friday, December 5, 2008.

    This matter is on for a status hearing on December 5, 2008 at 9:00 a.m. before this court. The attorney for defendant intends to appear and request a continuance to

**STIP AND PROPOSED ORDER EXCUSING APPEARANCE OF DEFENDANT**    1

1  January 2, 2009 at 9:00 a.m. The reason for the continuance
2  is the fact that he is still involved in the review of
3  discovery, contact with the defendant in Texas, consultation
4  with the case investigator Adam Raskin and former counsel,
5  Julia Jaynes, regarding the facts of the case.

6      The defendant informs counsel that he is unable to
7  travel to California for the court appearance for several
8  reasons.  First, he is unable to afford the cost of the trip
9  because he is unemployed and without the funds to travel to
10 California.  Second, he informs counsel that his driver's
11 license is expired and he is in the process of renewing his
12 licence.  Third, he informs counsel that in early September
13 he was in the emergency room for the passing of a kidney
14 stone and that he has residual scaring and is in pain.  He
15 is informed by his doctors that he has two additional kidney
16 stones that are about to pass which will cause additional
17 severe pain. He is also under treatment by Dr. Chris Pace,
18 M.D. a urologist in Bedford, Texas, who reports that
19 defendant is being treated for chronic prostatitis and is
20 prescribed benzodiazepine and oral narcotic analgesics.  He
21 further reports that he has a voiding dysfunction which
22 makes it difficult for him to provide a urine sample on
23 demand.  Finally, he is also prescribed Contin, Norco and
24 Zanaflex by another doctor, all of which make it difficult
25 for him to travel.

26     Defense counsel has contacted USPO Donna Thompson, a
27
28 **STIP AND PROPOSED ORDER EXCUSING APPEARANCE OF DEFENDANT**              2

probation officer who supervises defendant on his pretrial release.  She reports that he is a conscientious as a supervisee and she verifies his unemployment and his medical problems in general.

    Wherefore, it is hereby stipulated by and between counsel for defendant, FRANK BELL, and Assistant United States Attorney STEPHEN G. CORRIGAN, counsel for the government, that the defendant's appearance at the upcoming status conference on December 5, 2008 may be excused, subject to the permission of the court.

Dated: December 2, 2008           _____/S/_____
                                               FRANK BELL
                                               Attorney for Defendant
                                               JOHN THEOPHILOU, JR.

Dated: December 2, 2008           _____/s/_____
                                               STEPHEN G. CORRIGAN
                                               Asst. U.S. Attorney
                                               Attorney for Plaintiff


Good cause appearing:

    IT IS SO ORDERED.

Dated: _December 3, 2008_____     _____
                                                          D. LOWELL JENSEN
                                                          U.S. District Judge

**STIP AND PROPOSED ORDER EXCUSING APPEARANCE OF DEFENDANT**    3