1  FRANK BELL, SBN 038955
   A Law Corporation
2  333 Bradford Street, Suite 270
   Redwood City, CA 94063
3  Facsimile: (650) 366-8987

4  Attorney For Defendant
   JOHN THEOPHILOU, JR.

           UNITED STATES DISTRICT COURT

           NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
                                          CR No. 08-0338 DLJ
              Plaintiff,

     v.                                   **STIPULATION AND
                                          [PROPOSED] ORDER
                                          EXCUSING APPEARANCE OF
JOHN THEOPHILOU, JR.                      DEFENDANT**

              Defendant.
   _____/

     Comes now defendant, JOHN THEOPHILOU, JR., by and through his counsel of record, and Stephen G. Corrigan, Asst. U.S. Attorney, attorney for the government and files this stipulation regarding excusing the appearance of defendant, who resides in the State of Texas, at the court hearing on Friday, April 10, 2009 and continuing the matter to May 1, 2009 at 9:00 am.  The reason for the continuance is that April 10, 2009 is a day of religious obligation known as Good Friday and defendant has religious obligations

**STIP AND PROPOSED ORDER CONT COURT APPEARANCE**                            1

1  that will prevent him from coming to California on that
2  date.  Frank Bell, attorney for Mr. THEOPHILOU, has checked
3  with Carol Mendoza of U.S. Pretrial Services and she does
4  not object to this continuance.
5      Wherefore, IT IS HEREBY STIPULATED by and between
6  counsel for defendant, FRANK BELL, and Assistant United
7  States Attorney STEPHEN G. CORRIGAN, counsel for the
8  government, that the court appearance scheduled for April
9  10, 2009 may be continued to Friday, May 1, 2009 at 9:00 am.

11 Dated: April 6, 2009            _____/S/_____
                                   FRANK BELL
12                                 Attorney for Defendant
                                   JOHN THEOPHILOU, JR.

14 Dated: April 6, 2009            _____/s/_____
                                   STEPHEN G. CORRIGAN
15                                 Asst. U.S. Attorney
                                   Attorney for Plaintiff

18 Good cause appearing:
19     IT IS SO ORDERED.

21 Dated: __April 7, 2009_____  _____
                                    D. LOWELL JENSEN
22                                  U.S. District Judge

28 **STIP AND PROPOSED ORDER CONT COURT APPEARANCE**                    2