LAURA ROBINSON
State Bar #135680
Law Office of Laura Robinson
6114 LaSalle Avenue, #216
Oakland, California 94611
Tel:  (510) 384-8563
Fax:  (510) 439-5314
Laurasrobinson@gmail.com

Counsel for Defendant JOHN THEOPHILOU

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 08-338-JSW |
|---|---|---|
| Plaintiff, | ) ) ) ) ) | STIPULATION AND [PROPOSED] ORDER CONTINUING FORM 12 VIOLATION |
| v. | ) ) | |
| JOHN THEOPHILOU, | ) ) ) | |
| Defendants. | ) ) | |

**STIPULATION**

IT IS HEREBY STIPULATED, by and between counsel for John Theophilou and the

Assistant United States Attorney Randall Luskey, along with the consent of United States

Probation Officer Alexandre Bonneville, that the court date currently scheduled for Tuesday,

April 15, 2014, at 9:30 a.m. before Magistrate Judge Kandis A. Westmore, may be continued to

1

1 | Thursday, April 24, 2014 at 9:30 a.m. because defense counsel will be out of town on the first
2 | scheduled court date of April 15, 2014.
3 |
4 | DATED: 4/10/14                          ___/s/_____
  |                                          LAURA ROBINSON
5 |                                          Attorney for John Theophilou
6 | DATED: 4/10/14                          ___/s/_____
  |                                          RANDALL LUSKEY
7 |                                          Assistant United States Attorney
8 |
9 |        I hereby attest that I have on file all holographed signatures for any signatures indicated
10 | by a conformed signature (/s/) within this e-filed document.
11 |
12 |
13 | / / /
14 |
15 | / /
16 |
...

### [~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that defendant, the sentencing hearing for defendant John Theophilou, currently scheduled for Tuesday, April 15, 2014, at 9:30 a.m. before Magistrate Judge Kandis A. Westmore, may be continued to April 24, 2014 at 9:30 a.m.

SO ORDERED.

DATED: 4/11/14

_____
HONORABLE KANDIS A. WESTMORE
United States District Magistrate Judge